IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERN L. HUDSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA;<br>DOES 1 - 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:09-CV-00803-MCE-DAD<br><br>ORDER APPROVING STIPULATION TO STAY DISCOVERY AND PRETRIAL SCHEDULE |

　　　The Court hereby APPROVES the stipulation between the parties to stay discovery and pretrial schedule in this action pending a ruling on defendant's dispositive motion scheduled for hearing on December 17, 2009.

　　　IT IS SO ORDERED.

Dated: October 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1