ROBERT M. HOLLEY
THANH TRUING FOXX
Attorneys at Law
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-2213

Attorneys for Plaintiff Fern L. Hudson

BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERN L. HUDSON, ) | Case No. 2:09-CV-00803-MCE-DAD |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTION TO DISMISS AND ORDER THEREON |
| v. ) | |
| UNITED STATES OF AMERICA; ) DOES 1 - 20, inclusive, ) | |
| Defendants. ) | |

      Plaintiff Fern L. Hudson and defendant United States of America, by and through their respect counsel, hereby agree and STIPULATE, subject to the Court's approval, as follows:

      1. That, due to plaintiff's counsel being tied up in a murder trial and experiencing health issues, defendant's motion to dismiss, presently calendared to be heard on December 10, 2009, shall be continued to January 28, 2010, at 2:00 p.m.

      2. That the October 29, 2009 order staying discovery and the pretrial schedule (Doc. #12) shall continue to remain in full force and effect pending a ruling on defendant's dispositive motion.

      IT IS SO STIPULATED.

| | |
|---|---|
| DATED:  November 25, 2009 | /s/ Robert M. Holley |
| | ROBERT M. HOLLEY<br>THANH TRUING FOXX |
| | Attorneys for Plaintiff<br>Fern L. Hudson |
| DATED:  November 25, 2009 | BENJAMIN B. WAGNER<br>United States Attorney |
| By: | /s/ Bobbie J. Montoya |
| | BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
| | Attorneys for Defendant<br>United States of America |

ORDER

Pursuant to the foregoing stipulation between the parties, defendant's motion to dismiss shall be continued from December 10, 2009 to January 28, 2010, at 2:00 p.m.  In addition, the October 29, 2009 order staying discovery and the pretrial schedule (Doc. #12) shall continue to remain in full force and effect pending a ruling on defendant's dispositive motion.

IT IS SO ORDERED.

Dated:  November 30, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE